# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED FACULTY OF SAINT LEO, NATIONAL EDUCATION ASSOCIATION FLORIDA EDUCATION, AMERICAN FEDERATION OF TEACHERS, AFL-CIO,<br><br>Petitioner,<br><br>v.<br><br>SAINT LEO UNIVERSITY INCORPORATED,<br><br>Respondent.<br>_____/ | Cases No: 12-CA-275612<br>12-CA-284360<br>12-CA-275645<br>12-CA-275644<br>12-CA-275641<br>12-CA-275642<br>12-CA-275640<br>12-CA-275617<br>12-CA-275639 |

## **PETITION FOR REVIEW**

UNITED FACULTY OF SAINT LEO, NATIONAL EDUCATION ASSOCIATION FLORIDA EDUCATION, AMERICAN FEDERATION OF TEACHERS, AFL-CIO hereby petitions the Court for review of, and respectfully requests the Court set aside, the Decision and Order (the "Order") of the National Labor Relations Board ("NLRB" or the "Board") entered on September 30, 2024 in NLRB Cases No. 12-CA-275612, 12-CA-284360, 12-CA-275645, 12-CA275644, 12-CA-275641, 12-CA-275641, 12-CA-275642, 12-CA-275640, 12-CA-275617 and 12-CA-275639. In its Order, the Board dismissed an unfair labor practice complaint because it determined that Respondent was exempt from the Board's jurisdiction. (September 30, 2024) (attached as Exhibit A).

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, Petitioner hereby provides the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action-including subsidiaries, conglomerates, affiliates, parent corporation(s), publicly traded entities that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Saint Leo University Incorporated
P.O. Box 6665
MC 2410
Saint Leo, FL 33574-6665
Respondent

Staci Rhodes Shelley
Saint Leo University
University Campus MC 2410
P.O. Box 6665
Saint Leo, FL 33574-6665

The Hon. Ira Sandron
Division of Judges
1015 Half Street SE
Washington, DC 20570

Robert Giannasi, Chief Administrative Law Judge
DC – Division of Judes
1015 Half Street SE
Washington, DC 20570

David Cohen, Esq.
Regional Director
NLRB Region 12
201 E. Kennedy Boulevard, Suite 530
Tampa, Florida 33602

Richard Siwica, Esq.
Egan, Lev & Siwica, P.A.
231 E. Colonial Dr.
Orlando, FL 32801
Counsel for Petitioner

David M. Prouty
NLRB Board Member
1015 Half Streeet SE
Washington, D.C. 20570

Beatriz Annexy, Esq.
Egan, Lev & Siwica, P.A.
231 E. Colonial Dr.
Orlando, FL 32801
Counsel for Petitioner

Joseph Egan, Jr., Esq.
Egan, Lev & Siwica, P.A.
231 E. Colonial Dr.
Orlando, FL 32801

United Faculty of Saint Leo, National
Education Association Florida
Education Association, American
Federation of Teachers, AFL-CIO
115 N. Calhoun Street, Ste. 6
Tallahassee, FL 32301

John W. Plympton, Esq.
NLRB Region 12
201 E. Kennedy Blvd., Ste. 530
Tampa, FL 33602

Steven Barclay, Esq.
NLRB Region 12
201 E. Kennedy Blvd., Ste. 530
Tampa, FL 33602

Marvin E. Kaplan
NLRB Board Member
1015 Half Streeet SE
Washington, D.C. 20570

Lauren McFerran
NLRB Board Chairman
1015 Half Street SE
Washington, D.C. 20570

Tobe Lev, Esq.
Egan, Lev & Siwica, P.A.
231 E. Colonial Dr.
Orlando, FL 32801

Amy M. Gaylord, Esq.
Akerman LLP
71 South Wacker Dr., 47th Floor
Chicago, IL 60606
Counsel for Respondent

Scott T. Silverman, Esq.
Akerman, LLP
401 E. Jackson St., Ste. 1700
Tampa, FL 33602-5233
Counsel for Respondent

Kelly Hill, General Counsel
Saint Leo University Incorporated
33701 State Road 52
St. Leo, FL 33574-6665

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None.

Dated this 27th day of November, 2024.

        Respectfully submitted by:

        */s/ Richard Siwica*
        Richard Siwica, Esq.
        FL Bar No. 377341
        E-mail: rsiwica@eganlev.com
        Beatriz Annexy, Esq.
        FL Bar No. 1019573
        E-mail: bannexy@eganlev.com
        EGAN, LEV & SIWICA, P.A
        Post Office Box 2231
        Orlando, Florida 32802
        Telephone: (407) 422-1400
        Facsimile: (407) 422-3658

        *Attorneys for Petitioner*

## CERTIFICATE OF FILING AND SERVICE

I HEREBY CERTIFY that on November 27, 2024, I caused to be filed the foregoing Petition for Review of an Order of the National Labor Relations Board ("Petition") with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit. Further, I caused to be served by electronic mail the Petition on the parties participating in the underlying National Labor Relations Board proceeding:

David Cohen
Regional Director
National Labor Relations Board
201 E. Kennedy Blvd., Suite 530
Tampa, FL 33602
Via E-mail @ David.Cohen@nlrb.gov

Roxanne L. Rothschild
Office of the Executive Secretary
National Labor Relations Board
1099 14th Street, N.W.
Washington, D.C. 20570
Via E-mail @ Roxanne.Rothschild@nlrb.gov

John W. Plympton, Esq.
National Labor Relations Board
Region 12
201 E. Kennedy Blvd. Ste. 530
Tampa, FL 33602
Via E-mail @ john.plympton@nlrb.gov

Scott Silverman, Esq.
Akerman, LLP
401 E. Jackson St., Ste. 1700
Tampa, FL 33602-5233
Via E-mail @ scott.silverman@akerman.com

Amy M. Gaylord, Esq.
Akerman LLP
71 South Wacker Drive, 47th Floor
Chicago, FL 60606
Via E-Mail @ amy.gaylord@akerman.com


                                             */s/Richard Siwica*
                                             Richard Siwica, Esq.