# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **UNITED FACTULY OF SAINT LEO, NATIONAL EDUCATION ASSOCIATION FLORIDA EDUCATION, AMERICAN FEDERATION OF TEACHERS, AFL-CIO** ) ) ) ) ) | |
| **Petitioner** ) ) | **No. 24-13895** |
| **v.** ) ) | **Board Case No. 12-CA-275612** |
| **NATIONAL LABOR RELATIONS BOARD** ) ) | |
| **Respondent** ) ) | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rule 26.1-1, the National Labor Relations Board, by its Deputy Associate General Counsel, certifies that the following persons and entities have an interest in the outcome of this case:

1. Abruzzo, Jennifer A. – General Counsel, National Labor Relations Board

2. Akerman, LLP – Counsel for Saint Leo University Incorporated, Respondent before the National Labor Relations Board

3. American Federation of Labor-Congress of Industrial Organizations (AFL-CIO) – Affiliated with United Faculty of Saint Leo

4. American Federation of Teachers – Affiliated with United Faculty of Saint Leo

5. Annexy, Beatriz – Counsel for United Faculty of Saint Leo

6. Barclay, Steven – Field Attorney, Region 12, National Labor Relations Board

7. Burdick, Ruth E. – Deputy Associate General Counsel, National Labor Relations Board

8. Cohen, David – Regional Director, Region 12, National Labor Relations Board

9. Egan, Joseph, Jr. – Counsel for United Faculty of Saint Leo

10. Egan, Lev & Siwica, P.A. – Counsel for United Faculty of Saint Leo

11. Gaylord, Amy M. – Counsel before the National Labor Relations Board for Saint Leo University Incorporated

12. Habenstreit, David – Assistant General Counsel, National Labor Relations Board

13. Heaney, Elizabeth – Supervisory Attorney, National Labor Relations Board

14. Isbell, Kellie – Senior Attorney, National Labor Relations Board

15. Jason, Meredith – Deputy Assistant General Counsel, National Labor Relations Board

16. Kaplan, Marvin E. – Board Member, National Labor Relations Board

17. McFerran, Lauren M. – Chair, National Labor Relations Board

18. National Education Association Florida Education – Affiliated with United Faculty of Saint Leo

19. National Labor Relations Board – Respondent

20. Ohr, Peter Sung – Deputy General Counsel, National Labor Relations Board

21. Parker, Heidi – Counsel before the National Labor Relations Board for United Faculty of Saint Leo

22. Plympton, John W. – Field Attorney, Region 12, National Labor Relations Board

23. Prouty, David M. – Board Member, National Labor Relations Board

24. Saint Leo University Incorporated – Respondent before the National Labor Relations Board

25. Sandron, Ira – Administrative Law Judge, National Labor Relations Board

26. Shelley, Staci Rhodes – Legal Counsel for Saint Leo University

27. Silverman, Scott T. – Counsel before the National Labor Relations Board for Saint Leo University Incorporated

28. Siwica, Richard – Counsel for United Faculty of Saint Leo

29. United Faculty of Saint Leo, National Education Association Florida

*United Faculty of Saint Leo v. NLRB*
No. 24-13895

Education, American Federation of Teachers, AFL–CIO – Petitioner

30. Wilcox, Gwynne A. – Board Member, National Labor Relations Board

31. Zerby, Christopher – Regional Attorney, Region 12, National Labor Relations Board

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street, SE
Washington, DC  20570
(202) 273-2960

Dated at Washington, DC
This 9th day of December 2024

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED FACULTY OF SAINT LEO, NATIONAL EDUCATION ASSOCIATION FLORIDA EDUCATION, AMERICAN FEDERATION OF TEACHERS, AFL-CIO | )<br>)<br>)<br>) |
| Petitioner | ) No. 24-13895 |
| v. | ) Board Case No.<br>) 12-CA-275612 |
| NATIONAL LABOR RELATIONS BOARD | ) |
| Respondent | ) |

CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. I further certify that that all counsel of record are registered CM/ECF users and were served through the CM/ECF system.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street, SE
Washington, DC  20570
(202) 273-2960

Dated at Washington, DC
this 9th day of December 2024