# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **UNITED FACULTY OF SAINT LEO, NATIONAL EDUCATION ASSOCIATION FLORIDA EDUCATION, AMERICAN FEDERATION OF TEACHERS, AFL-CIO,**<br><br>Petitioner,<br><br>v.<br><br>**NATIONAL LABOR RELATIONS BOARD,**<br><br>Respondent,<br><br>and<br><br>**SAINT LEO UNIVERSITY, INC.,**<br><br>Intervenor. | Case No. 24-13895 |

### JOINT UNOPPOSED MOTION OF THE NATIONAL LABOR RELATIONS BOARD AND SAINT LEO UNIVERSITY, INC. FOR A 41-DAY EXTENSION OF TIME FOR FILING RESPONDENT'S AND INTERVENOR'S BRIEFS

To the Honorable, the Judges of the United States Court of Appeals for the Eleventh Circuit:

    The National Labor Relations Board ("the Board"), by its Deputy Associate General Counsel, and Intervenor Saint Leo University, Inc. ("Saint Leo") respectfully submit this unopposed joint motion to extend the time for filing the

Board's and Saint Leo's briefs from April 2, 2025, to and including May 13, 2025. In support of its motion, the Board and Saint Leo show as follows:

1. The Board's responsive brief is due April 2. The Board has not previously requested an extension in this case.

2. Saint Leo's intervenor brief is due April 2. Saint Leo has not previously requested an extension in this case.

3. Oral argument has not been scheduled.

4. The United Faculty of Saint Leo, National Education Association Florida Education, America Federation of Teachers, AFL-CIO, ("Petitioner") filed its Opening Brief on March 3, 2025.

5. Molly G. Sykes, the attorney with primary responsibility for drafting the Board's Brief in Response to Appellant's Opening Brief, only recently took over briefing responsibilities in this case in late January 2025 and was away from the office February 26 through March 2, 2025. In addition to her briefing responsibilities, Ms. Sykes is also handling time-sensitive internal matters for the Board's Injunction Litigation Branch in the Division of Advice. Elizabeth A. Heaney, who is the supervisory attorney on this case, will be away from the office on pre-approved annual leave from March 26, 2025 through April 2, 2025, for which she has incurred nonrefundable costs. Ms. Heaney is also the supervisory attorney for *Hiran Management v. NLRB*, (CA5 Case No. 24-

2

60608), answering brief due April 23, 2025, and *Hospital Menonita de Guayama, Inc. v. NLRB*, (D.C. Cir. Case Nos. 22-1163, 22-1180, supplemental brief due May 1, 2025.

6. Counsel for Intervenor Saint Leo with primary responsibility for this petition also have significant responsibilities in other litigation matters in the coming weeks. These include: merits reply brief due on March 21, 2025, and oral argument in the Supreme Court of the United States on March 31, 2025, in *Catholic Charities Bureau v. Wisconsin Labor & Industry Review Commission* (Case No. 24-154); merits reply brief due on April 11, 2025, and oral argument in the Supreme Court of the United States on April 22, 2025, in *Mahmoud v. Taylor* (Case No. 24-297); opening brief due on March 28, 2025 in *Catholic Charities v. Whitmer* (CA6 Case No. 25-1105); motion for summary judgment due on April 17, 2025, in *Pennsylvania v. Trump* (E.D. Pa. Case. No. 2:17-cv-04540); depositions scheduled from March 25, 2025 to April 15, 2025, and discovery responses due on April 7, 2025, in *Seattle Pacific University v. Brown* (W.D. Wa. Case No. 3:22-cv-05540); briefing and a hearing on a motion for judgment on the pleadings and a motion for partial summary judgment in *Frankel v. Regents of the University of California* (C.D. Cal. Case No. 2:24-cv-04702), with such briefing deadlines and hearings occurring on March 27 and 31, 2025, and April 28, 2025; response to motion to dismiss due on April 7,

2025, in *Lasche v. New Jersey* (D.N.J. Case No. 3:18-cv-17552); supplemental briefing on a motion for summary judgment due on April 1, 2025, in *U.S. Conference of Catholic Bishops v. EEOC* (W.D. La. Case No. 2:24-cv-00691); and discovery responses due on March 24, 2025, in *Burke v. Walsh* (D. Mass. Case No. 3:23-cv-11798). Intervenor counsel with primary responsibility for this petition only recently became involved with this case and thus needs additional time to become conversant in the record.

7. Because of the above-described commitments, it will not be possible for Board or Intervenor counsel, with due diligence and giving priority to the preparation, review, and editing of the brief, to file their briefs by the current due date. The Board and Saint Leo therefore request a 41-day extension, to and including May 13, 2025, to file their briefs.

8. Counsel for the Petitioner United Faculty of Saint Leo, Richard Siwica, has stated that Petitioner does not oppose this motion.

WHEREFORE, the Board respectfully requests that the Court grant this unopposed motion to extend time to file the Board's responsive brief and Saint Leo's intervenor brief from April 2, 2025, to and including May 13, 2025.

        s/ Ruth E. Burdick
        Ruth E. Burdick
        Deputy Associate General Counsel
        NATIONAL LABOR RELATIONS BOARD
        1015 Half Street, SE
        Washington, DC 20570-0001
        (202) 273-2960

Dated at Washington, D.C.
this 21st day of March 2025

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **UNITED FACULTY OF SAINT LEO, NATIONAL EDUCATION ASSOCIATION FLORIDA EDUCATION, AMERICAN FEDERATION OF TEACHERS, AFL-CIO,**<br><br>Petitioner,<br><br>v.<br><br>**NATIONAL LABOR RELATIONS BOARD,**<br><br>Respondent,<br><br>and<br><br>**SAINT LEO UNIVERSITY, INC.**<br><br>Intervenor-Respondent. | **Case No. 24-13895** |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the Board certifies that its motion contains 446 words of proportionally-spaced, 14-point type, and the word processing system used was Microsoft Word for Office 365.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570-0001
(202) 273-2960

Dated at Washington, D.C.
this 21st day of March 2025

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **UNITED FACULTY OF SAINT LEO, NATIONAL EDUCATION ASSOCIATION FLORIDA EDUCATION, AMERICAN FEDERATION OF TEACHERS, AFL-CIO,** | **Case No. 24-13895** |
| Petitioner, | |
| v. | |
| **NATIONAL LABOR RELATIONS BOARD,** | |
| Respondent, | |
| and | |
| **SAINT LEO UNIVERSITY, INC.** | |
| Intervenor-Respondent. | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. I certify further that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570-0001
(202) 273-2960

Dated at Washington, D.C.
this 21st day of March 2025

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **UNITED FACULTY OF SAINT LEO, NATIONAL EDUCATION ASSOCIATION FLORIDA EDUCATION, AMERICAN FEDERATION OF TEACHERS, AFL-CIO,**<br><br>**Petitioner,**<br><br>v.<br><br>**NATIONAL LABOR RELATIONS BOARD,**<br><br>**Respondent,**<br><br>and<br><br>**SAINT LEO UNIVERSITY, INC.**<br><br>**Intervenor-Respondent.** | **Case No. 24-13895** |

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Eleventh Circuit Rule 26.1, counsel for the National Labor Relations Board hereby certifies that the following persons and entities have or may have an interest in the outcome of this case:

1. Akerman, LLP (counsel for Intervenor-Respondent)

2. American Federation of Labor-Congress of Industrial Organizations (AFL-CIO) (affiliated with Petitioner)

3. American Federation of Teachers (affiliated with Petitioner)

C-1 of 4

No. 24-13895, *United Faculty of Saint Leo v. NLRB*

4. Annexy, Beatriz (counsel for Petitioner)

5. Barclay, Steven (counsel for Petitioner)

6. Becket Fund for Religious Liberty (counsel for Intervenor-Respondent)

7. Burdick, Ruth E. (counsel for Respondent)

8. Cahn, Stephanie (Acting Deputy General Counsel, NLRB)

9. Chen, Daniel L. (counsel for Intervenor-Respondent)

10. Cohen, David (counsel for Respondent)

11. Cowen, William B. (Acting General Counsel, NLRB)

12. Egan, Joseph, Jr. (counsel for Petitioner)

13. Egan, Lev, & Siwica, P.A. (counsel for Petitioner)

14. Fleshman, Benjamin A. (counsel for Intervenor-Respondent)

15. Gaylord, Amy Moor (counsel for Intervenor-Respondent)

16. Giannasi, Robert (Chief Administrative Law Judge, NLRB)

17. Goodrich, Luke W. (counsel for Intervenor-Respondent)

18. Heaney, Elizabeth Ann (counsel for Respondent)

19. Hill, Kelly (counsel for Intervenor-Respondent)

20. Jason, Meredith (counsel for Respondent)

21. Kaplan, Marvin E. (Chairman, NLRB)

22. Lev, Tobe (counsel for Petitioner)

23. McFerran, Lauren M. (former Chair, NLRB

24. National Education Association Florida Education (affiliated with Petitioner)

25. National Labor Relations Board (Respondent)

26. Ohr, Peter Sung (counsel for Respondent)

27. Parker, Heidi (counsel for Petitioner)

28. Plympton, John W. (counsel for Respondent)

29. Prouty, David M. (Board Member, NLRB)

30. Rassbach, Eric C. (counsel for Intervenor-Respondent)

31. Saint Leo University, Inc. (Intervenor-Respondent)

32. Sandron, Ira (Administrative Law Judge, NLRB)

33. Shelley, Staci Rhodes (counsel for Intervenor-Respondent)

34. Silverman, Scott T. (counsel for Intervenor-Respondent)

35. Siwica, Richard (counsel for Petitioner)

36. Sykes, Molly G. (counsel for Respondent)

37. United Faculty of Saint Leo, National Education Association Florida Education, American Federation of Teachers, AFL–CIO (Petitioner)

38. Varberg, Jordan T. (counsel for Intervenor-Respondent)

39. Wilcox, Gwynne A. (Board Member, NLRB)

40. Zerby, Christopher (counsel for Respondent)

Pursuant to 11th Cir. R. 26.1-3(b), counsel certifies that no publicly traded corporation has an interest in this proceeding.

                                  s/ Ruth E. Burdick
                                  Ruth E. Burdick
                                  Deputy Associate General Counsel
                                  NATIONAL LABOR RELATIONS BOARD
                                  1015 Half Street, SE
                                  Washington, DC 20570-0001
                                  (202) 273-2960

Dated at Washington, D.C.
this 21st day of March 2025