# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13895

_____

UNITED FACULTY OF SAINT LEO,
NATIONAL EDUCATION ASSOCIATION
FLORIDA EDUCATION,
AMERICAN FEDERATION OF TEACHERS,
AFL-CIO,

                                                      Petitioners,

*versus*

NATIONAL LABOR RELATIONS BOARD,

                                                      Respondent,

SAINT LEO UNIVERSITY, INCORPORATED,

                                                      Intervenor.

2                      Order of the Court                      24-13895

_____

Petition for Review of a Decision of the
National Labor Relations Board
Agency No. 12-CA-275612

_____

ORDER:

    The joint motion for an extension of time to and including May 13, 2025 to file Respondent's brief and Intervenor's brief is GRANTED, with the appendix, if any, due 7 days after the filing of the briefs.

/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE