No. 24-13895

# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

United Faculty of Saint Leo, National,
Education Association Florida,
Education Association, American, and
Federation of Teachers, AFL-CIO
*Petitioner*,

v.

National Labor Relations Board,
*Respondent,*

*and*

Saint Leo Univerity, Inc.,
*Intervenor-Respondent.*

On Petition for Review from the National Labor Relations Board
Case No.'s 12-CA-275612, 12-CA-284360, 12-CA-275645, 12-CA-275644,
12-CA-275641, 12-CA-275641, 12-CA-275642, 12-CA-275640,
12-CA-275617 and 12-CA-275639

**PETITIONER'S NOTICE OF WITHDRAWAL
OF PETITION FOR REVIEW FROM THE DECISION AND ORDER
OF THE NATIONAL LABOR RELATIONS BOARD ENTERED ON
SEPTEMBER 30, 2024**

> Richard Siwica, Esq.
> EGAN, LEV & SIWICA, P.A
> Post Office Box 2231
> Orlando, Florida 32802
> Telephone: (407) 422-1400
>
> *Attorneys for Appellant*
> United Faculty of Saint Leo, et al

# No. 24-13895
## United Faculty of Saint Leo et al v. NLRB, et al

### Certificate of Interested Persons and Corporate Disclosure Statement

1. Pursuant to 11th Cir. R. 26.1-3(b), counsel certifies that no publicly traded corporations have an interest in this proceeding.

2. Pursuant to Federal Rule of Appellate Procedure 26.1(a), Petitioner, United Faculty of Saint Leo, et al, certifies that it is not publicly traded, and that it does not have any parent corporations, and that no corporate entity owns 10% or more if its stock.

1. Abruzzo, Jennifer A. (counsel for Respondent)

2. Akerman, LLP (counsel for Intervenor-Respondent)

3. American Federation of Labor-Congress of Industrial Organizations (AFL-CIO) – (Affiliated with United Faculty of Saint Leo)

4. American Federation of Teachers – (Affiliated with United Faculty of Saint Leo)

5. Anmahouni, Varant (counsel for Amicus Curiae)

6. Annexy, Beatriz (counsel for Petitioner)

7. Barclay, Steven (counsel for Respondent)

8. Becket Fund for Religious Liberty (counsel for Intervenor-Respondent)

9. Burdick, Ruth E. (counsel for Respondent)

10. Board, NLRB – Kaplan, Marvin E.

11. Board, NLRB – McFerran, Lauren M.

12. Board, NLRB – Prouty, David M.

13. Board, NLRB – Wilcox, Gwynne A.

14. Chen, Daniel L. (counsel for Intervenor-Respondent)

15. Cohen, David (counsel for Respondent)

16. Egan, Joseph, Jr. (counsel for Petitioner)

17. Egan, Lev, & Siwica, P.A. (counsel for Petitioner)

18. Evanson, Blaine, H. (counsel for Amicus Curiae)

19. Fleshman, Benjamin A. (counsel for Intervenor-Respondent)

20. Forte, David (Amicus Curiae)

21. Gaylord, Amy Moor (counsel for Intervenor-Respondent)

22. Gibson Dunn & Crutcher LLP (Counsel for Amicus Curiae)

23. Goodrich, Luke W. (counsel for Intervenor-Respondent)

24. Habenstreit, David (counsel for Respondent)

25. Heaney, Elizabeth Ann (counsel for Respondent)

26. Hill, Kelly (counsel for Intervenor-Respondent)

27. Isbell, Kellie (counsel for Respondent)

28. Jason, Meredith (counsel for Respondent)

29. Judge, NLRB - Giannasi, Robert

30. Judge, NLRB – Sandron, Ira

31. Kim, Minsoo (counsel for Amicus Curiae)

32. Lee, James, R. (counsel for Amicus Curiae)

33. Lev, Tobe (counsel for Petitioner)

34. National Education Association Florida Education – Affiliated with United Faculty of Saint Leo

35. National Labor Relations Board (Respondent)

36. Nestor, Branton, J. (counsel for Amicus Curiae)

37. Ohr, Peter Sung (counsel for Respondent)

38. Parker, Heidi (counsel for Petitioner)

39. Plympton, John W. (counsel for Respondent)

40. Rassbach, Eric C. (counsel for Intervenor-Respondent)

41. Saint Leo University, Inc. (Intervenor-Respondent)

42. Shelley, Staci Rhodes (counsel for Intervenor-Respondent)

43. Silverman, Scott T. (counsel for Intervenor-Respondent)

44. Siwica, Richard (counsel for Petitioner)

45. United Faculty of Saint Leo, National Education Association Florida Education, American Federation of Teachers, AFL–CIO (Petitioner)

46. Varberg, Jordan, T., Saint Leo, Inc. (counsel for Intervenor-Respondent)

47. Weinberger, Lael, (counsel for Amicus Curiae)

48. Zerby, Christopher (counsel for Respondent)

1. Pursuant to 11th Cir. R. 26.1-3(b), counsel certifies that no publicly traded corporations have an interest in this proceeding.

2. Pursuant to Federal Rule of Appellate Procedure 26.1(a), Petitioner, United Faculty of Saint Leo, et al, certifies that it is not publicly traded, and that it does not have any parent corporations and that no corporate entity owns 10% or more if its stock.

# NOTICE OF WITHDRAWAL OF PETITION FOR REVIEW FROM THE DECISION AND ORDER OF THE NATIONAL LABOR RELATIONS BOARD ENTERED ON SEPTEMBER 30, 2024

Petitioners, UNITED FACULTY OF SAINT LEO, ET AL, by and through undersigned counsel, hereby gives notice that it withdraws its' petition for review in this case.

Dated this 2nd day of June, 2025.

Respectfully submitted by:

/s/ Richard Siwica
Richard Siwica, Esq.
FL Bar No. 377341
EGAN, LEV & SIWICA, P.A
Post Office Box 2231
Orlando, Florida 32802
Telephone: (407) 422-1400
Facsimile: (407) 422-3658
Primary Email:    rsiwica@eganlev.com
dvaughan@eganlev.com
msilva@eganlev.com

*Attorney for Petitioners*

## CERTIFICATE OF FILING AND SERVICE

I HEREBY CERTIFY that on June 2, 2025, I caused to be filed the foregoing Notice of Withdrawal with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. I further certify that all counsels of record are registered CM/ECF users and were served through the CM/ECF system:

s/ Richard Siwica
Richard Siwica, Esq.

1

## **CERTIFICATE OF COMPLIANCE**

This document complies with the type-volume limit of Fed. R. App. P. 32(g) because it contains 49 words.

This document also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

                                        */s/ Richard Siwica*
                                        Richard Siwica, Esq.