# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **UNITED FACULTY OF SAINT LEO, NATIONAL EDUCATION ASSOCIATION FLORIDA EDUCATION, AMERICAN FEDERATION OF TEACHERS, AFL-CIO,** | ) ) ) ) ) **Case No. 24-13895** |
| **Petitioner,** | ) ) |
| **v.** | ) ) ) |
| **NATIONAL LABOR RELATIONS BOARD,** | ) ) ) |
| **Respondent,** | ) ) ) |
| **and** | ) ) ) |
| **SAINT LEO UNIVERSITY, INC.** | ) ) ) |
| **Intervenor.** | ) ) ) ) ) |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rule 26.1, counsel for the National Labor Relations Board hereby certifies that the following persons and entities have or may have an interest in the outcome of this case:

1. Akerman, LLP (counsel for Intervenor-Respondent)

2. American Federation of Labor-Congress of Industrial Organizations (AFL-CIO) (affiliated with Petitioner)

3. American Federation of Teachers (affiliated with Petitioner)

No. 24-13895, *United Faculty of Saint Leo v. NLRB*

4.  Annexy, Beatriz (counsel for Petitioner)

5.  Barclay, Steven (counsel for Petitioner)

6.  Becket Fund for Religious Liberty (counsel for Intervenor)

7.  Burdick, Ruth E. (counsel for Respondent)

8.  Cahn, Stephanie (Acting Deputy General Counsel, NLRB)

9.  Chen, Daniel L. (counsel for Intervenor)

10. Cohen, David (counsel for Respondent)

11. Cowen, William B. (Acting General Counsel, NLRB)

12. Egan, Joseph, Jr. (counsel for Petitioner)

13. Egan, Lev, & Siwica, P.A. (counsel for Petitioner)

14. Fleshman, Benjamin A. (counsel for Intervenor)

15. Gaylord, Amy Moor (counsel for Intervenor)

16. Giannasi, Robert (Chief Administrative Law Judge, NLRB)

17. Goodrich, Luke W. (counsel for Intervenor)

18. Heaney, Elizabeth Ann (counsel for Respondent)

19. Hill, Kelly (counsel for Intervenor)

20. Jason, Meredith (counsel for Respondent)

21. Kaplan, Marvin E. (Chairman, NLRB)

22. Lev, Tobe (counsel for Petitioner)

23. McFerran, Lauren M. (former Chair, NLRB)

24. National Education Association Florida Education (affiliated with Petitioner)

25. National Labor Relations Board (Respondent)

26. Ohr, Peter Sung (counsel for Respondent)

27. Parker, Heidi (counsel for Petitioner)

28. Plympton, John W. (counsel for Respondent)

29. Prouty, David M. (Board Member, NLRB)

30. Rassbach, Eric C. (counsel for Intervenor)

31. Saint Leo University, Inc. (Intervenor)

32. Sandron, Ira (Administrative Law Judge, NLRB)

33. Shelley, Staci Rhodes (counsel for Intervenor)

34. Silverman, Scott T. (counsel for Intervenor)

35. Siwica, Richard (counsel for Petitioner)

36. Sykes, Molly G. (counsel for Respondent)

37. United Faculty of Saint Leo, National Education Association Florida Education, American Federation of Teachers, AFL–CIO (Petitioner)

38. Varberg, Jordan T. (counsel for Intervenor)

39. Wilcox, Gwynne A. (former Board Member, NLRB)

40. Zerby, Christopher (counsel for Respondent)

Pursuant to 11th Cir. R. 26.1-3(b), counsel certifies that no publicly traded corporation

has an interest in this proceeding.


s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570-0001
(202) 273-2960


Dated at Washington, D.C.
this 20th day of June 2025

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED FACULTY OF ST. LEO, NATIONAL EDUCATION ASSOCIATION FLORIDA EDUCATION AMERICAN FEDERATION OF TEACHERS, AFL-CIO | ) ) ) |
| | ) No. 24-13895 |
| Petitioner | ) |
| | ) |
| v. | ) Board Case Nos. ) 12-CA-275612 |
| NATIONAL LABOR RELATIONS BOARD | ) |
| | ) |
| Respondent | ) |
| | ) |
| and | ) |
| | ) |
| SAINT LEO UNIVERSITY, INC. | ) |
| | ) |
| Intervenor | ) |
| _____ | ) |

## THE NATIONAL LABOR RELATIONS BOARD'S RESPONSE TO THE UNION'S MOTION FOR VOLUNTARY DISMISSAL OF ITS PETITION FOR REVIEW

To the Honorable, the Judges of the United States
    Court of Appeals for the Eleventh Circuit:

    The National Labor Relations Board does not oppose the motion by United

Faculty of Saint Leo to voluntarily dismiss its petition for review.

s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570-0001
(202) 273-2960

Dated at Washington, D.C.
this 20th day of June 2025

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

| | |
|---|---|
| UNITED FACULTY OF ST. LEO, NATIONAL EDUCATION ASSOCIATION FLORIDA EDUCATION AMERICAN FEDERATION OF TEACHERS, AFL-CIO) | ) ) ) |
| Petitioner | ) No. 24-13895 ) ) |
| v. | ) Board Case Nos. ) 12-CA-275612 |
| NATIONAL LABOR RELATIONS BOARD | ) ) |
| Respondent | ) ) |
| and | ) ) |
| SAINT LEO UNIVERSITY, INC. | ) ) |
| Intervenor | ) ) ) |

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 27(d), the Board certifies that brief contains 153 words of proportionally spaced, 14-point type, and that the word processing system used was Microsoft Word 365.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570-0001
(202) 273-2960

Dated at Washington, DC
this 20th day of June 2025

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

| | |
|---|---|
| UNITED FACULTY OF ST. LEO, NATIONAL EDUCATION ASSOCIATION FLORIDA EDUCATION AMERICAN FEDERATION OF TEACHERS, AFL-CIO) | ) ) ) |
| Petitioner | ) No. 24-13895 ) ) |
| v. | ) Board Case Nos. ) 12-CA-275612 |
| NATIONAL LABOR RELATIONS BOARD | ) ) |
| Respondent | ) ) |
| and | ) ) |
| SAINT LEO UNIVERSITY, INC. | ) ) |
| Intervenor | ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. I certify that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570-0001
(202) 273-2960

Dated at Washington, DC
this 20th day of June 2025